IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JONATHAN MORRISON NORRIS,       )
                                )
            Petitioner,         )
                                )
     v.                         )     1:17CR242-1
                                )     1:19CV795
UNITED STATES OF AMERICA,       )
                                )
            Respondent.         )

### ORDER

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on October 18, 2022, was served on the parties in this action. (Docs. 104, 105.) Petitioner objected to the Recommendation. (Doc. 107.)

The court has carefully reviewed the portions of the Magistrate Judge's report to which objection was made and has made a *de novo* determination in accord with the Magistrate Judge's report. The court finds that the objections do not change the substance of the Magistrate Judge's Recommendation, and the court therefore adopts the Recommendation.

IT IS THEREFORE ORDERED that Petitioner's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (Doc. 62), be DENIED. A judgment dismissing this action will be entered contemporaneously with this Order. Finding neither a substantial issue for appeal concerning the denial of a constitutional right

affecting the conviction nor a debatable procedural ruling, a certificate of appealability is DENIED.

                                                       <u>/s/   Thomas D. Schroeder</u>
                                                      United States District Judge

December 2, 2022